E-FILED
Wednesday, 22 October, 2025  11:29:47 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION



FILED

OCT 22 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 25-CR-200 55 |
| | ) | |
| BRENDA KNUTH, | ) | Title 52, United States Code, |
| | ) | Section 10307(e). |
| Defendant. | ) | |

## INFORMATION

The United States charges that, at all times relevant to this Information, unless otherwise stated:

### COUNT ONE
### (Voting More Than Once)

1.    That from on or about October 31, 2024, to November 5, 2024, in Vermilion County, in the Central District of Illinois,

**BRENDA KNUTH,**

defendant herein, knowingly casted more than one ballot for a federal candidate in the November 2024 general election with the intent to vote more than once in the same election.

In violation of Title 52, United States Code, Section 10307(e).

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
s/Timothy Sullivan
IL Bar No. 6310274
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802